O

JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILHEMINA TAGUINOD, individually and on behalf of themselves and all others similarly situated; JOHNNNY TAGUINOD, individually and on behalf of themselves and all others similarly situated,<br><br>            Plaintiffs,<br><br>     v.<br><br>WELLS FARGO BANK N.A., as Trustee for Wachovia Bank Commercial Mortgage Trust Commercial Mortgage Pass-Through Certificates Series 2007-C3, successor by merger with Wells Fargo Bank Southwest N.A. formerly known as Wachovia Mortgage FSB formerly known as World Savings Bank FSB (Wells Fargo),<br><br>            Defendants.<br>_____ | Case No. CV 13-09006 DDP (RZx)<br><br>**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO DISMISS**<br><br>[Dkt. No. 4] |

     Presently before the court is Defendant Wells Fargo Bank N.A.'s Motion to Dismiss Under Rule 12(b)(6). (Dkt No. 4.) Plaintiffs Wilhemina Taguinod and Johnny Taguinod have not opposed

the motion.  Accordingly, the court GRANTS Defendant's Motion to Dismiss.

   Central District of California Local Rule 7-9 requires an opposing party to file an opposition to any motion at least twenty-one (21) days prior to the date designated for hearing the motion. C.D. Cal. L.R. 7-9.  Additionally, Local Rule 7-12 provides that "[t]he failure to file any required document, or the failure to file it within the deadline, may be deemed consent to the granting or denial of the motion."  C.D. Cal. L.R. 7-12.

   The hearing on Defendant's motion was noticed for April 21, 2014. Plaintiffs' opposition was therefore due by March 31, 2014. As of the date of this Order, Plaintiffs have not filed an opposition or any other filing that could be construed as a request for a continuance.  Accordingly, the court deems Plaintiffs' failure to oppose as consent to granting the motion to dismiss, and GRANTS the motion.

IT IS SO ORDERED.


Dated: April 15, 2014

                              DEAN D. PREGERSON
                              United States District Judge